_____

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   James Rodragus Carter, Debtor              Case No. 24-10276-SDM
                                                    CHAPTER 13

## AGREED ORDER REGARDING OBJECTION TO PROOF OF CLAIM # 3 AS FILED BY USDA RURAL DEVELOPMENT

THIS MATTER came before the Court on the Objection to Proof of Claim No. 3 filed by the United States Department of Agriculture (USDA) [Dkt. #29] filed by the Debtor, James Rodragus Carter, and the Court having entered a Default Order [Dkt. #30], which was later vacated [Dkt. #32], and the parties having reached an agreement, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED**:

1. The Debtor's objection was based on the fact that the arrears listed in USDA's Proof of Claim exceeded the total amount of the claim, creating internal inconsistencies. However, the Proof of Claim does clearly state both the ongoing monthly payment and the arrears amount.

2. The Debtor's Confirmed Chapter 13 Plan [Dkt. #26] provides for the treatment of

    USDA's claim as "maintain and cure."

3. The Chapter 13 Trustee shall disburse payments on USDA's Claim No. 3 in accordance with the confirmed plan, by: o   Paying the ongoing monthly mortgage payment as stated in the Proof of Claim; and o   Curing the arrears in the amount stated in the Proof of Claim.

4. The total amount listed as "amount of claim" in the Proof of Claim shall be disregarded for the purpose of plan payments.

5. Counsel for the Debtor, Thomas C. Rollins, Jr., shall serve a copy of this Agreed Order on USDA and the United States Attorney by first-class mail or other acceptable means, and shall file a certificate of service with the Court.

6. USDA shall have twenty-one (21) days from the date of service of this Order to file a written response. If no response is timely filed, this Order shall become final without further notice or hearing.

###END OF ORDER###

Agreed by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236 601.500.5333
trollins@therollinsfirm.com

/s/ W. Jeffrey Collier
W. Jeffrey Collier
Attorney for Locke D. Barkley
Standing Chapter 13 Trustee