_____

**SO ORDERED,**



Judge Selene D. Maddox

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   James Rodragus Carter, Debtor                 Case No. 24-10276-SDM
                                                       **CHAPTER 13**

### AGREED ORDER REGARDING OBJECTION TO PROOF OF CLAIM # 3 AS FILED BY USDA RURAL DEVELOPMENT

THIS MATTER came before the Court on the Objection to Proof of Claim No. 3 filed by the United States Department of Agriculture (USDA) [Dkt. #29] filed by the Debtor, James Rodragus Carter, and the Court having entered a Default Order [Dkt. #30], which was later vacated [Dkt. #32], and the parties having reached an agreement, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED**:

1. The Debtor's objection was based on the fact that the arrears listed in USDA's Proof of Claim exceeded the total amount of the claim, creating internal inconsistencies. However, the Proof of Claim does clearly state both the ongoing monthly payment and the arrears amount.

2. The Debtor's Confirmed Chapter 13 Plan [Dkt. #26] provides for the treatment of

USDA's claim as "maintain and cure."

3. The Chapter 13 Trustee shall disburse payments on USDA's Claim No. 3 in accordance with the confirmed plan, by: o   Paying the ongoing monthly mortgage payment as stated in the Proof of Claim; and o   Curing the arrears in the amount stated in the Proof of Claim.

4. The total amount listed as "amount of claim" in the Proof of Claim shall be disregarded for the purpose of plan payments.

5. Counsel for the Debtor, Thomas C. Rollins, Jr., shall serve a copy of this Agreed Order on USDA and the United States Attorney by first-class mail or other acceptable means, and shall file a certificate of service with the Court.

6. USDA shall have twenty-one (21) days from the date of service of this Order to file a written response. If no response is timely filed, this Order shall become final without further notice or hearing.

###END OF ORDER###

Agreed by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236 601.500.5333
trollins@therollinsfirm.com

/s/ W. Jeffrey Collier
W. Jeffrey Collier
Attorney for Locke D. Barkley
Standing Chapter 13 Trustee

United States Bankruptcy Court
Northern District of Mississippi

In re:  Case No. 24-10276-SDM
James Rodragus Carter  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 | User: autodocke | Page 1 of 2
Date Rcvd: May 14, 2025 | Form ID: pdf0003 | Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Rodragus Carter, 27 Henry Rosser Dr, Indianola, MS 38751-3679 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | May 14 2025 23:29:18 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| cr | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | May 14 2025 23:35:00 | USDA, c/o U.S. Attorney, Ethridge Building, 900 Jefferson Avenue, Oxford, MS 38655-3608 |
| cr | + | Email/Text: sm.rd.so.bkr@usda.gov | May 14 2025 23:35:00 | USDA, Central Servicing Center, P.O. Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: May 14, 2025 | Form ID: pdf0003 | Total Noticed: 4 |

Thomas C. Rollins, Jr.
    on behalf of Debtor James Rodragus Carter trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 3