# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-10276 |
|---|---|
| James Rodragus Carter | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/20/2025, I did cause a copy of the following documents, described below,

Agreed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/20/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>James Rodragus Carter | CASE NO: 24-10276<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 5/20/2025, a copy of the following documents, described below,

Agreed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/20/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| USDA<br>CENTRAL SERVICING CENTER<br>PO BOX 66879<br>ST. LOUIS MO 63166 | USDA<br>C/O US ATTORNEY<br>ETHRIDGE BUILDING 900 JEFFERSON AVE<br>OXFORD MS 38655 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON  DC 20530 |

___



**SO ORDERED,**

*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  James Rodragus Carter, Debtor            Case No. 24-10276-SDM
                                                  CHAPTER 13

## AGREED ORDER REGARDING OBJECTION TO PROOF OF CLAIM # 3 AS FILED BY USDA RURAL DEVELOPMENT

THIS MATTER came before the Court on the Objection to Proof of Claim No. 3 filed by the United States Department of Agriculture (USDA) [Dkt. #29] filed by the Debtor, James Rodragus Carter, and the Court having entered a Default Order [Dkt. #30], which was later vacated [Dkt. #32], and the parties having reached an agreement, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED**:

1. The Debtor's objection was based on the fact that the arrears listed in USDA's Proof of Claim exceeded the total amount of the claim, creating internal inconsistencies. However, the Proof of Claim does clearly state both the ongoing monthly payment and the arrears amount.

2. The Debtor's Confirmed Chapter 13 Plan [Dkt. #26] provides for the treatment of

    USDA's claim as "maintain and cure."

3. The Chapter 13 Trustee shall disburse payments on USDA's Claim No. 3 in accordance with the confirmed plan, by: o  Paying the ongoing monthly mortgage payment as stated in the Proof of Claim; and o  Curing the arrears in the amount stated in the Proof of Claim.

4. The total amount listed as "amount of claim" in the Proof of Claim shall be disregarded for the purpose of plan payments.

5. Counsel for the Debtor, Thomas C. Rollins, Jr., shall serve a copy of this Agreed Order on USDA and the United States Attorney by first-class mail or other acceptable means, and shall file a certificate of service with the Court.

6. USDA shall have twenty-one (21) days from the date of service of this Order to file a written response. If no response is timely filed, this Order shall become final without further notice or hearing.

###END OF ORDER###

Agreed by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236 601.500.5333
trollins@therollinsfirm.com

/s/ W. Jeffrey Collier
W. Jeffrey Collier
Attorney for Locke D. Barkley
Standing Chapter 13 Trustee

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Agreed Order were forwarded on May 20, 2025 to:

By first class mail, postage pre-paid:

    USDA
    Central Servicing Center
    PO Box 66879
    St. Louis, MO 63166

    USDA
    c/o US Attorney
    Ethridge Building
    900 Jefferson Ave
    Oxford, MS 38655

    US Attorney General
    US Dept of Justice
    950 Pennsylvania Ave NW
    Washington, DC 20530

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.