**Fill in this information to identify the case:**

Debtor 1: James Rodragus Carter

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Mississippi (State)

Case number: 24-10276

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 4 8

**Date of payment change:** Must be at least 21 days after date of this notice: 12/28/2025

**New total payment:** Principal, interest, and escrow, if any: $ 351.02

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 143.50    New escrow payment: $ 146.27

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ 344.92    New mortgage payment: $ 351.02

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Shamika Williams                                      Date
Signature

| | | |
|---|---|---|
| Print: | Shamika Williams<br>First Name   Middle Name   Last Name | Title  Bankruptcy Specialist |
| Company | USDA - Rural Housing Service<br>Centralized Servicing Center | |
| Address | PO Box 66879<br>Number        Street | |
| | St. Louis, MO 63166<br>City                      State    ZIP Code | |
| Contact phone | (800) 349-5097 ext | Email  sm.rd.so.bkr@usda.gov |

# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** Shamika Williams

(Date)

| | | |
|---|---|---|
| **Debtor(s) & Address:** James Rodragus Carter<br>27 Henry Rosser Dr<br>Indianola, MS 38751 | **Case No.** | 24-10276 |
| | **Claim No.** | 3 |
| | **USDA Acct No.** | 8 2 4 8 |

**Attorney & Address:** Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee & Address:** Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

**Effective** 12/28/2025 **, the monthly ongoing payment is changing due to:**

No    Yes ✓    **ESCROW:**
No ✓  Yes      **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 204.75 | Principal & Interest | 204.75 |
| Less Subsidy | 3.33 | Less Subsidy | |
| Total P&I Payment | 201.42 | Total P&I Payment | 204.75 |
| | | | |
| Escrow | 143.50 | Escrow | 144.42 |
| Escrow shortage | | Escrow shortage | 1.85 |
| Total Escrow | 143.50 | Total Escrow | 146.27 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 344.92 | Total Payment | 351.02 |

**Northern District of Mississippi**

Case No.   24-10276
Claim No.   3

# CERTIFICATE OF SERVICE

I, Shamika Williams, do hereby certify that on _____, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

James Rodragus Carter

27 Henry Rosser Dr
Indianola, MS 38751

**Via CM/ECF:**

Debtor's Attorney of Record:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

Date: _____

/s/ Shamika Williams
Shamika Williams
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 5179

```
E
USDA RURAL DEVELOPMENT              -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS           MO 63102

800-414-1226



JAMES CARTER
27 HENRY ROSSER DRIVE
INDIANOLA           MS 38751

                                           DATE: 09/22/25


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 12/28/25 THROUGH 11/30/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 12/28/25 THROUGH 11/30/26 -------
            FP INSURANCE               978.20
            COUNTY TAX                 754.95

        TOTAL PAYMENTS FROM ESCROW    1733.15

        MONTHLY PAYMENT TO ESCROW      144.42 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 12/28/25 THROUGH 11/30/26--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW  DESCRIPTION    ANTICIPATED         REQUIRED
                    ACTUAL STARTING BALANCE         732.70           754.95
DEC 25    144.42                                    877.12           899.37
JAN 26    144.42       754.95    COUNTY TAX   ALP   266.59    RLP    288.84
FEB 26    144.42                                    411.01           433.26
MAR 26    144.42                                    555.43           577.68
APR 26    144.42                                    699.85           722.10
MAY 26    144.42                                    844.27           866.52
JUN 26    144.42                                    988.69          1010.94
JUL 26    144.42                                   1133.11          1155.36
AUG 26    144.42                                   1277.53          1299.78
SEP 26    144.42       978.20    FP INSURANCE       443.75           466.00
OCT 26    144.42                                    588.17           610.42
NOV 26    144.42                                    732.59           754.84

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
 (RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -22.25.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM DECEMBER 28, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00. DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO FUTURE PAYMENTS.

------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------

```
        PRINCIPAL & INTEREST                             204.75
        ESCROW (1/12TH OF ANNUAL ANTICIPATED             144.42
            DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                  0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG           0.00
        PLUS: SHORTAGE PAYMENT                             1.85
        MINUS: SURPLUS CREDIT                              0.00
        ROUNDING ADJUSTMENT                                0.00
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                 0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/28/25       351.02
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS       288.84. YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      288.84.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
12/24       140.17        01/25       140.17        02/25       1401.70    *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
09/25       978.20 FP INSURANCE          00/00         0.00
00/00         0.00                       00/00         0.00

```
E
USDA RURAL DEVELOPMENT              -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS           MO 63102

800-414-1226



JAMES CARTER
27 HENRY ROSSER DRIVE
INDIANOLA           MS 38751
                                    DATE: 09/22/25
```

* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING DEC 28, 2024 AND ENDING NOV 30, 2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

```
          --- YOUR PAYMENT BREAKDOWN AS OF DEC 28, 2024 IS ---

            PRINCIPAL & INTEREST           204.75
            ESCROW DEPOSIT                 143.50
            OPTIONAL INSURANCE               0.00
            REPLACE RESV/FHA SVC CHG         0.00
            SHORTAGE                         0.00
            DEFICIENCY                       0.00
            SURPLUS                          3.33
            ROUNDING                         0.00
            LESS BUYDOWN/ASST PAYMENT        0.00
            BORROWER PAYMENT               344.92

        PAYMENTS TO ESCROW    --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH   PRIOR PRJ   ACTUAL   PRIOR PRJ  ACTUAL DESCRIPTION    PRIOR PRJ      ACTUAL
SEP 24     0.00                                                    0.00     -1949.23
OCT 24     0.00                           978.20   FP INS          0.00     -2927.43
NOV 24     0.00                                                    0.00     -2927.43
                                    STARTING BALANCE              743.81    -2927.43
DEC 24   143.50        *                                          887.31      783.81
JAN 25   143.50        *     743.81       754.95*  COUNTY         287.00 T     28.86 A
FEB 25   143.50        *                                          430.50       28.86
MAR 25   143.50        *                                          574.00       28.86
APR 25   143.50        *                                          717.50       28.86
MAY 25   143.50        *                                          861.00       28.86
JUN 25   143.50        *                                         1004.50       28.86
JUL 25   143.50        *                                         1148.00       28.86
AUG 25   143.50        *                                         1291.50       28.86
SEP 25   143.50       **     978.20            **                 456.80       28.86
                                                                                   .
```

```
OCT 25        143.50              **                              600.30            28.86
NOV 25        143.50              **                              743.80            28.86

TOTALS                          0.00                1733.15
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS          287.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
         28.86.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00            0.00         00/00          0.00         00/00             0.00

00/00            0.00                        00/00          0.00
00/00            0.00                        00/00          0.00
00/00            0.00                        00/00          0.00
```