**Fill in this information to identify the case:**

Debtor 1: James Rodragus Carter

Debtor 2 (Spouse, if filing): ____________________

United States Bankruptcy Court for the: Northern District of Mississippi (State)

Case number: 24-10276

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 4 8

**Date of payment change:** 12/28/2026
Must be at least 21 days after date of this notice

**New total payment:** $ 376.26
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

**Current escrow payment:** $ 146.27 **New escrow payment:** $ 171.51

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________________

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

■ No
☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $_______ or
- $_______

Debtor 1 James Rodragus Carter
First Name Middle Name Last Name

Case number *(if known)* 24-10276

**Amount of next payment (including reconciliation amount)** **$_______**

**Amount of the new payment thereafter (without reconciliation amount)** **$_______**

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ☒ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ___

**Current mortgage payment:** $ 351.02 **New mortgage payment:** $ 376.26

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☒ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Dennis M Keating
Signature

Date 10/30/2026

Print: Dennis M Keating
First Name Middle Name Last Name

Title Bankruptcy Specialist

Company USDA - Rural Housing Sevice - CSC

Address PO Box 66879
Number Street

St Louis MO 63166
City State ZIP Code

Contact phone (800) 349 – 5097

Email sm.rd.so.bkr@usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**Northern District of Mississippi**

**PAYMENT CHANGE SUMMARY**

**Completed By:** Dennis M Keating 10/30/2026 (Date)

**Debtor(s) & Address:** James Rodragus Carter
27 Henry Rosser Dr
Indianola, MS 38751

**Case No.** 24-10276
**Claim No.** 3
**USDA Acct No.** 8 2 4 8

**Attorney & Address:** Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee & Address:** Locke D. Barkley
Office of Locke D. Barkley, Chapter 13 Trustee
1867 Crane Ridge Drive
Suite 200b
Jackson, MS 39216

**Effective** 12/28/2026 **, the monthly ongoing payment is changing due to:**

No Yes ✓ **ESCROW:**
No ✓ Yes **OTHER:**

**PAYMENT CALCULATION**

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 204.75 | Principal & Interest | 204.75 |
| Less Subsidy | | Less Subsidy | |
| Total P&I Payment | 204.75 | Total P&I Payment | 204.75 |
| Escrow | 146.27 | Escrow | 156.29 |
| Escrow shortage | | Escrow shortage | 15.22 |
| Total Escrow | 146.27 | Total Escrow | 171.51 |
| Fees | | Fees | |
| Total Payment | 351.02 | Total Payment | 376.26 |

**Northern District of Mississippi**

Case No. 24-10276
Claim No. 3

## CERTIFICATE OF SERVICE

I, Dennis M Keating, do hereby certify that on 10/30/2026, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Debtor(s)

James Rodragus Carter
27 Henry Rosser Dr
Indianola, MS 38751

Via CM/ECF:

Debtor's Attorney of Record:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

Locke D. Barkley
Office of Locke D. Barkley, Chapter 13 Trustee
1867 Crane Ridge Drive
Suite 200b
Jackson, MS 39216

Date: 10/30/2026

/s/ Dennis M Keating

Dennis M Keating
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.

“

USDA RURAL DEVELOPMENT -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS MO 63102

800-414-1226

JAMES CARTER
27 HENRY ROSSER DRIVE
INDIANOLA MS 38751

DATE: 10/21/26

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 12/28/26 THROUGH 11/30/27.

------- ANTICIPATED PAYMENTS FROM ESCROW - 12/28/26 THROUGH 11/30/27 -------

| | |
|---|---|
| FP INSURANCE | 1120.55 |
| COUNTY TAX | 754.95 |
| TOTAL PAYMENTS FROM ESCROW | 1875.50 |
| MONTHLY PAYMENT TO ESCROW | 156.29 (1/12TH OF ABOVE TOTAL) |

------- ANTICIPATED ESCROW ACTIVITY - 12/28/26 THROUGH 11/30/27--------

| | -ANTICIPATED PAYMENTS- | | | | -- ESCROW BALANCE COMPARISON -- | | |
|---|---|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | | ANTICIPATED | | REQUIRED |
| | | ACTUAL STARTING BALANCE | | | 572.29 | | 754.95 |
| DEC 26 | 156.29 | | | | 728.58 | | 911.24 |
| JAN 27 | 156.29 | 754.95 | COUNTY TAX | ALP | 129.92 | RLP | 312.58 |
| FEB 27 | 156.29 | | | | 286.21 | | 468.87 |
| MAR 27 | 156.29 | | | | 442.50 | | 625.16 |
| APR 27 | 156.29 | | | | 598.79 | | 781.45 |
| MAY 27 | 156.29 | | | | 755.08 | | 937.74 |
| JUN 27 | 156.29 | | | | 911.37 | | 1094.03 |
| JUL 27 | 156.29 | | | | 1067.66 | | 1250.32 |
| AUG 27 | 156.29 | | | | 1223.95 | | 1406.61 |
| SEP 27 | 156.29 | 1120.55 | FP INSURANCE | | 259.69 | | 442.35 |
| OCT 27 | 156.29 | | | | 415.98 | | 598.64 |
| NOV 27 | 156.29 | | | | 572.27 | | 754.93 |

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS -182.66.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT

WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM DECEMBER 28, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS 0.00. DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO FUTURE PAYMENTS.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------

| | |
|---|---|
| PRINCIPAL & INTEREST | 204.75 |
| ESCROW (1/12TH OF ANNUAL ANTICIPATED DISBURSEMENTS AS COMPUTED ABOVE) | 156.29 |
| PLUS: OPTIONAL INSURANCE PREMIUMS | 0.00 |
| PLUS: REPLACEMENT RESERVE OR FHA SVC CHG | 0.00 |
| PLUS: SHORTAGE PAYMENT | 15.22 |
| MINUS: SURPLUS CREDIT | 0.00 |
| ROUNDING ADJUSTMENT | 0.00 |
| MINUS: BUYDOWN/ASSISTANCE PAYMENTS | 0.00 |

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/28/26 376.26

NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS 312.58. YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS 312.58.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/24 | 140.17 | 01/25 | 140.17 | 02/25 | 3156.94 | * |

ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

| | | | |
|---|---|---|---|
| 00/00 | 0.00 | 00/00 | 0.00 |
| 00/00 | 0.00 | 00/00 | 0.00 |

USDA RURAL DEVELOPMENT -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS MO 63102

800-414-1226

JAMES CARTER
27 HENRY ROSSER DRIVE
INDIANOLA MS 38751

DATE: 10/21/26

* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING DEC 28, 2025 AND ENDING NOV 30, 2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF DEC 28, 2025 IS ---

| | |
|---|---|
| PRINCIPAL & INTEREST | 204.75 |
| ESCROW DEPOSIT | 144.42 |
| OPTIONAL INSURANCE | 0.00 |
| REPLACE RESV/FHA SVC CHG | 0.00 |
| SHORTAGE | 1.85 |
| DEFICIENCY | 0.00 |
| SURPLUS | 0.00 |
| ROUNDING | 0.00 |
| LESS BUYDOWN/ASST PAYMENT | 0.00 |
| BORROWER PAYMENT | 351.02 |

| | PAYMENTS TO ESCROW | | --- PAYMENTS FROM ESCROW ---- | | | -- ESCROW BALANCE -- | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PRJ | ACTUAL | PRIOR PRJ | ACTUAL | DESCRIPTION | PRIOR PRJ | ACTUAL |
| | | | | | | 456.80 | 28.86 |
| SEP 25 | 143.50 | | | | | 600.30 | -989.49 |
| OCT 25 | 143.50 | | | 1018.35 | FP INS | 743.80 | -989.49 |
| NOV 25 | 143.50 | | | | | 754.95 | -989.49 |
| | | | | | STARTING BALANCE | 899.37 | -989.49 |
| DEC 25 | 144.42 | * | | | | 288.84 T | -1744.44 |
| JAN 26 | 144.42 | * | 754.95 | 754.95 | COUNTY | 433.26 | -1744.44 |
| FEB 26 | 144.42 | * | | | | 577.68 | -1744.44 |
| MAR 26 | 144.42 | * | | | | 722.10 | -1744.44 |
| APR 26 | 144.42 | * | | | | 866.52 | -1744.44 |
| MAY 26 | 144.42 | * | | | | 1010.94 | -1744.44 |
| JUN 26 | 144.42 | * | | | | 1155.36 | -1744.44 |
| JUL 26 | 144.42 | * | | | | 1299.78 | -1744.44 |
| AUG 26 | 144.42 | * | | | | 466.00 | -1744.44 |
| SEP 26 | 144.42 | * | 978.20 | * | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| OCT 26 | 144.42 | ** | 1120.55* | FP INS | 610.42 | -2864.99 A |
| NOV 26 | 144.42 | ** | | | 754.84 | -2864.99 |
| TOTALS | | 0.00 | 2893.85 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS 288.84. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS -2864.99.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

| | | | | | |
|---|---|---|---|---|---|
| 12/24 | 140.17 | 01/25 | 140.17 | 02/25 | 140.17 |

ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

| | | | |
|---|---|---|---|
| 00/00 | 0.00 | 00/00 | 0.00 |
| 00/00 | 0.00 | 00/00 | 0.00 |